IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KENNETH G GOODMAN,

      Plaintiff,

v.                                  CASE NO. 1:08-cv-00180-MP-AK

MICHAEL J ASTRUE,

      Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 18, the Report and Recommendation of the

Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be

affirmed.  The time for filing objections has passed, and none have been filed.   The Court agrees

that although the Administrative Law Judge erred in failing to call a vocational expert as directed

by the Appeals Council, such error was harmless because the ALJ in the current decision found

no nonexertional limitations and adequately explained his reasoning. (R. 18-19). The Eleventh

Circuit has "recognized that the grids may be used in lieu of vocational testimony on specific

jobs if none of claimant's nonexertional impairments are so severe as to prevent a full range of

employment at the designated level." Wolfe v. Chater, 86 F.3d at 1078, *quoting* Passopulos v.

Sullivan, 976 F.2d 642, 648 (11th Cir. 1992). See also Foote v. Chater, 67 F.3d 1553, 1558 (11th

Cir. 1995).  Thus, without non-exertional limitations it was unnecessary to obtain the testimony

of a vocational expert.   Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The Report and Recommendation of the Magistrate Judge is adopted and
         incorporated herein.

2.       The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this  *9th*  day of February, 2010

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge